# Order

Michigan Supreme Court
Lansing, Michigan

April 4, 2007

Clifford W. Taylor,
Chief Justice

132797
& (71)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MATT WARD, Personal representative
of the Estate of Howard Ward, Deceased,
Plaintiff-Appellant,

v

SC: 132797
COA: 265599
Ingham CC: 03-001864-NH

JOHN C. SIANO, JR., M.D., LANSING
INTERNAL MEDICINE ASSOCIATES,
P.C., and EDWARD W. SPARROW
HOSPITAL ASSOCIATION,
Defendants-Appellees.

_____/

On order of the Court, the motion for leave to file brief amicus curiae is GRANTED. The application for leave to appeal the November 14, 2006 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Mullins v St. Joseph Mercy Hospital* (Docket No. 131879) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 4, 2007

_____
Clerk

l0328